**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**ESTATE OF ELLA STEWART**     **PLAINTIFF**

**V.**     **CASE NO. 2:04CV144**

**NOVARTIS CONSUMER HEALTH, INC.**     **DEFENDANT**

## ORDER

In an order dated July 12, 2006, this Court directed the plaintiff ("the Estate) in the above-styled case to either secure new counsel or inform of the Court of its intention to proceed pro se or else risk dismissal of this action. On July 28, 2006, the executor of the Estate wrote a letter to the Court which the Court interprets to mean that the Estate will neither obtain new counsel nor proceed pro se and instead consents to dismissal of its claims.

ACCORDINGLY, it is hereby ORDERED that the above-styled case is DISMISSED with prejudice.

This is the 31st day of July, 2006.

                                             /s/ Michael P. Mills
                                         **UNITED STATES DISTRICT JUDGE**